# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARANTON DEJOUR JOHNSON, ET AL.**    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-4224** |
| **MARLIN N. GUSMAN,**    **Defendant** | **SECTION: "E" (4)** |

## ORDER

The Court, having considered the Complaint,[1] the record, the applicable law, the Local Rules, the Magistrate Judge's Partial Report and Recommendation,[2] and the failure of the parties to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Amended Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Complaint as it relates to Plaintiffs David Williams and Keith Jones against Orleans Parish Sheriff Marlin Gusman be **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**New Orleans, Louisiana, this 29th day of January, 2016.**

*[signature: Susie Morgan]*

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.
[2] R. Doc. 11.