UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARANTON DEJOUR JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO.   15-4224** |
| **MARLIN GUSMAN** | **SECTION "E" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Aranton Dejour Johnson's 42 U.S.C. § 1983 claims against the defendant, Orleans Parish Sheriff Marlin Gusman, be **DISMISSED WITH PREJUDICE** as frivolous and otherwise failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1995e.

**New Orleans, Louisiana, this 8th day of June, 2016.**

_____
**UNITED STATES DISTRICT JUDGE**